JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KELLY FRANK MOORE, | Case No. 5:19-cv-01630-VAP-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT NEUSCHMID, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition, IT IS HEREBY ADJUDGED that the Petition is dismissed with prejudice.

Dated: October 16, 2019

*(signature)*
VIRGINIA A. PHILLIPS
Chief United States District Judge